1  STEVEN D. GUGGENHEIM, State Bar No. 201386
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: choffman@wsgr.com
5
   Attorneys for Defendant
6  INTELLAMBDA SYSTEMS, INC..

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | NEW WORLD TMT LIMITED, A Cayman ) CASE NO.: C06-05564 SI
   | Islands corporation,             )
13 |                                  ) **STIPULATION AND [PROPOSED]**
   |           Plaintiffs,            ) **ORDER EXTENDING**
14 |                                  ) **INTELLAMBDA SYSTEMS, INC.'S**
   |              v.                  ) **DEADLINE FOR RESPONSE TO**
15 |                                  ) **COMPLAINT**
   | INTELLAMBDA SYSTEMS, INC., a Delaware )
16 | corporation, WELLTIME INDUSTRIES, LTD,, )
   | a British Virgin Islands Company, and  )
17 | JIANPING "TONY" QU, an individual,     )
   |                                  )
18 |           Defendants.            )
   |_____)

19

20

21

22

23

24

25

26

27

28

WHEREAS, the complaint in this action was filed on September 11, 2006;

WHEREAS, defense counsel has recently been retained to represent Intellambda Systems, Inc.;

WHEREAS, Intellambda Systems, Inc. requested and plaintiff agreed to an extension of the time for Intellambda Systems, Inc. to respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that Intellambda Systems, Inc. is not required to respond to the complaint in this action until November 3, 2006.

Dated: October 12, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                _____
                                Joshua G. Hamilton
                                Attorneys for Plaintiff
                                New World Infrastructure Limited


Dated: October 12, 2006         WILSON SONSINI GOODRICH & ROSATI, P.C.

                                _____
                                Steven Guggenheim
                                Attorneys for Defendant
                                Intellambda Systems, Inc.

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, Intellambda Systems, Inc. is not required to respond to the complaint in this action until November 3, 2006

IT IS SO ORDERED.

Dated: _____

_(signature: Susan Illston)_

THE HONORABLE SUSAN ILLSTON
United States District Judge