1  STEVEN D. GUGGENHEIM, State Bar No. 201386
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: choffman@wsgr.com
5
   Attorneys for Defendant
6  INTELLAMBDA SYSTEMS, INC..

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | NEW WORLD TMT LIMITED, A Cayman ) CASE NO.: C06-05564 SI
   | Islands corporation,             )
13 |                                  ) **STIPULATION AND [PROPOSED]**
   |         Plaintiffs,              ) **ORDER EXTENDING**
14 |                                  ) **INTELLAMBDA SYSTEMS, INC.'S**
   |           v.                     ) **DEADLINE FOR RESPONSE TO**
15 |                                  ) **COMPLAINT**
   | INTELLAMBDA SYSTEMS, INC., a Delaware )
16 | corporation, WELLTIME INDUSTRIES, LTD,, )
   | a British Virgin Islands Company, and   )
17 | JIANPING "TONY" QU, an individual,      )
   |                                         )
18 |         Defendants.                     )
   |_____)
19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE INTELLAMBDA                    54697944_1.DOC
DEADLINE FOR RESPONSE TO COMPLAINT
C-06-05564 SI
LEGAL_US_W # 54697944.1

WHEREAS, Plaintiff filed the complaint in this action on September 11, 2006;

WHEREAS, by stipulation and order, the time for Intellambda Systems, Inc. ("Intellambda") to respond to the complaint was extended to November 3, 2006;

WHEREAS, Intellambda Systems, Inc. has now requested additional time to respond to the complaint and plaintiff does not object;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that Intellambda Systems, Inc. is not required to respond to the complaint in this action until November 17, 2006.

Dated: October 31, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Miguel A. Sanqui
Attorneys for Plaintiff
New World TMT Limited

Dated: October 31, 2006

WILSON SONSINI GOODRICH & ROSATI, P.C.

_____
Steven Guggenheim
Attorneys for Defendant
Intellambda Systems, Inc.

STIP. AND [PROPOSED] ORDER RE INTELLAMBDA
DEADLINE FOR RESPONSE TO COMPLAINT
C-06-05564 SI
LEGAL_US_W # 54697944.1

-1-

54697944_1.DOC

1 **[PROPOSED] ORDER**

2 Upon stipulation of the parties, and good cause appearing, Intellambda Systems, Inc. is

3 not required to respond to the complaint in this action until November 17, 2006

5 IT IS SO ORDERED.

7 Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

STIP. AND [PROPOSED] ORDER RE INTELLAMBDA
DEADLINE FOR RESPONSE TO COMPLAINT
C-06-05564 SI
LEGAL_US_W # 54697944.1

-2-

54697944_1.DOC