STEVEN GUGGENHEIM, State Bar Number 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Intellambda Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW WORLD TMT LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTELLAMBDA SYSTEMS, INC., a Delaware corporation; WELLTIME INDUSTRIES, LTD., a British Virgin Islands Company, and JIANPING "TONY" QU, an individual,<br><br>Defendants. | CASE NO.: C06-05564<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS<br><br><br><br>DATE: N/A<br>TIME: N/A<br>JUDGE: The Honorable Susan Illston |

|    |                                                                                                  |
|----|--------------------------------------------------------------------------------------------------|
| 1  | **STIPULATION**                                                                                   |

**WHEREAS**, the initial case management conference is currently scheduled for December 15, 2006, and the hearing on Defendant Intellambda Systems, Inc.'s ("Intellambda") motion to dismiss is currently set for January 19, 2006;

**WHEREAS**, the parties agreed to continue these dates;

**IT IS HEREBY STIPULATED** by and between Plaintiff New World TMT Limited and Intellambda, subject to the approval of the Court, that:

1. The Case Management Conference will be continued until January 19, 2006, at 2:00 p.m., or such later date and time as the Court orders;

2. The hearing on Intellambda's Motion to Dismiss will be continued until February 23, 2006, at 9:00 a.m., or such later date and time as the Court orders;

3. Nothing herein shall serve as a waiver of any of New World's rights concerning its ability to take discovery, or any of its rights to proceed against defendants other than Intellambda who have yet to appear in the action.

DATED:  
December 8, 2006

RONALD M. OSTER  
DENNIS S. ELLIS  
JOSHUA G. HAMILTON  
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Joshua G. Hamilton  
Joshua G. Hamilton

Attorneys for Plaintiff  
NEW WORLD TMT LIMITED

DATED:  
December 8, 2006

JONI OSTLER  
WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Joni Ostler  
Joni Ostler

Attorneys for Defendant  
INTELLAMBDA SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE & MOT TO DISMISS       -1-

## SIGNATURE ATTESTATION

I, Joni Ostler, attest that I have on file an email dated December 8, 2006 from Joshua Hamilton permitting me to sign his name on his behalf, whose holographic signature ("/s/") appears on the Stipulation and [Proposed] Order Continuing Case Management Conference and Motion to Dismiss Hearing, filed with the Court on December 8, 2006. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of December, 2006 at Salt Lake City, Utah.

By: _____/s/ Joni Ostler_____

STIPULATION AND [PROPOSED] ORDER RE CASE
MANAGEMENT CONFERENCE & MOT TO DISMISS         -2-