**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW WORLD TMT LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTELLAMBDA SYSTEMS, INC., et al.<br><br>　　　　Defendants.<br>_____ / | No. C 06-05564 SI<br><br>**ORDER RE: WITHDRAWAL AS COUNSEL** |

　　　Counsel for defendants have filed a motion for administrative relief to approve withdrawal as counsel. The papers submitted along with the motion provide the Court with insufficient information on which to rule. The Court hereby REFERS this matter to a Magistrate Judge for a Report and Recommendation on this issue.

**IT IS SO ORDERED.**

Dated: January 10, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge