RONALD M. OSTER (SB# 57954) ronaldoster@paulhastings.com
DENNIS S. ELLIS (SB# 178196) dennisellis@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610) joshuahamilton@paulhastings.com
MIGUEL A. SANQUI (SB# 217460) miguelsanqui@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Plaintiff
NEW WORLD TMT LIMITED

Case 3:06-cv-05564-SI   Document 46   Filed 02/26/2007   Page 1 of 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW WORLD TMT LIMITED, a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLAMBDA SYSTEMS, INC., a Delaware corporation; WELLTIME INDUSTRIES, LTD., a British Virgin Islands Company, and JIANPING "TONY" QU, an individual,<br><br>Defendants. | CASE NO. C06-05564<br><br>**[PROPOSED] ORDER GRANTING NEW WORLD TMT LIMITED'S *EX PARTE* APPLICATION FOR ORDER MAKING NON-SUBSTANTIVE CORRECTION TO STIPULATED LETTER OF REQUEST REGARDING LIU XIU QING** |

1       WHEREAS, this Court issued the Letter of Request Regarding Liu Xiu Qing on November 30, 2006 (the "Letter of Request");

3       WHEREAS, Paragraph 18 of the Letter of Request states, in relevant part:

> The documents requested to be produced by Hang Seng and authenticated by the Witness are: (1) the following documents in the possession custody or control of Hang Seng relating to any account maintained by Liu Xiu Qing with Hang Seng for the period between October, 2002 through November, 2006, including, but not limited to, account number **593-340706-838**; AND (2) the following documents in the possession custody or control of Hang Seng relating to any account of Liu Xiu Qing, for the period between May, 2001 and November, 2006, into which monies were deposited from MOT's HSBC account (account number **593-340706-838**):

(emphasis added);

      WHEREAS, Plaintiff New World TMT Limited ("New World") contends that, due to an inadvertent error, account number 593-340706-838 is incorrectly identified as belonging to both Liu Xiu Qing and Modern Office Technology Limited ("MOT");

      WHEREAS, New World contends that the above-quoted section of Paragraph 18 should actually state:

> The documents requested to be produced by Hang Seng and authenticated by the Witness are: (1) the following documents in the possession custody or control of Hang Seng relating to any account maintained by Liu Xiu Qing with Hang Seng for the period between October, 2002 through November, 2006, including, but not limited to, account number **383221140888**; AND (2) the following documents in the possession custody or control of Hang Seng relating to any account of Liu Xiu Qing, for the period between May, 2001 and November, 2006, into which monies were deposited from MOT's HSBC account (account number **593-340706-838**):

(emphasis added);

      WHEREAS, amending the Letter of Request to correct the foregoing inadvertent error will prevent unnecessary delay in the execution of the Letter of

1  Request due to the error;

2  WHEREAS, the proposed amendment does not affect the substance of

3  the Letter of Request or the propriety of its prior issuance;

4  WHEREAS, this Court, having read and considered Plaintiff and New

5  World TMT Limited's ("New World") Application for Order Amending Stipulated

6  Letter of Request Regarding Liu Xiu Qing and all supporting papers, and GOOD

7  CAUSE APPEARING THEREFORE, and for the reasons set forth in the

8  Application.

9  IT IS HEREBY ORDERED that New World's Application is

10 GRANTED, and the above-quoted portion of Paragraph 18 of the Letter of Request

11 Regarding Liu Xiu Qing is hereby amended to state:

12

13    The documents requested to be produced by Hang Seng
      and authenticated by the Witness are: (1) the following
14    documents in the possession custody or control of Hang
      Seng relating to any account maintained by Liu Xiu Qing
15    with Hang Seng for the period between October, 2002
      through November, 2006, including, but not limited to,
16    account number **383221140888**; AND (2) the following
      documents in the possession custody or control of Hang
17    Seng relating to any account of Liu Xiu Qing, for the
      period between May, 2001 and November, 2006, into
18    which monies were deposited from MOT's HSBC
      account (account number **593-340706-838**):
19

20 (emphasis added)

21

22          IT IS SO ORDERED.

23
            2/28/07
24 DATED:_____

25                                          *[signature]*

26                                          _____
                                            Honorable Susan Illston
27                                          Judge of the United States District
                                            Court, Northern District of
28                                          California

Case No.                          -2-                      [PROPOSED] ORDER
LEGAL_US_W # 55694671.2

**PROOF OF SERVICE**

I, Susan Etheredge, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. On February 26, 2007, I served a copy of the within document(s):

1. (PROPOSED) ORDER GRANTING NEW WORLD TMT LIMITED'S EX PARTE APPLICATION FOR ORDER MAKING NON-SUBSTANTIVE CORRECTION TO STIPULATED LETTER OF REQUEST REGARDING LIU XIU QING

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☒ by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Steven D. Guggenheim
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Vincent Lin
c/o Prediwave Corporation
48431 Milmont Drive
Fremont, CA 94538

Vincent Lin
Intellambda Systems, Inc.
46429 Landing Parkway
Fremont, California 94538

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

LEGAL_US_W # 54834476.3

PROOF OF SERVICE SUMMONS AND COMPLAINT

1  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
2  motion of the party served, service is presumed invalid if postal cancellation date or postage
3  meter date is more than one day after date of deposit for mailing in affidavit.
4      I declare that I am employed in the office of a member of the bar of this court at whose
5  direction the service was made.
6      Executed on February 26, 2007, at Los Angeles, California.

Case 3:06-cv-05564-SI   Document 46   Filed 02/26/2007   Page 5 of 5

*/s/ Susan Etheredge*

LEGAL_US_W # 54834476.3

-2-

PROOF OF SERVICE SUMMONS AND COMPLAINT