IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW WORLD TMT LIMITED, | No. C 06-05564 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| INTELLAMBDA SYSTEMS, INC., et al., | |
| Defendants. | |

The law firm of Wilson, Sonsini, Goodrich and Rosati ("Wilson Sonsini") represents defendant Intellambda Systems, Inc., in this case. Wilson Sonsini has moved to withdraw as counsel. On March 14, 2007, Magistrate Judge Larson issued a Report and Recommendation that the motion be granted. This Court hereby GRANTS Wilson Sonsini's motion to withdraw as counsel, effective May 14, 2007, to allow Intellambda time to retain new counsel. A further case management conference will be held on June 8, 2007, at which Intellambda's new counsel, if any, should appear. A corporation cannot appear on its own behalf in court, and Intellambda therefore must retain new counsel, or will likely face default. Intellambda's pending motion to dismiss is DENIED without prejudice to renewal once Intellambda has counsel. (Docket No. 32)

**IT IS SO ORDERED.**

Dated: April 13, 2007

SUSAN ILLSTON
United States District Judge