1  RONALD M. OSTER (SB# 57954)
   ronaldoster@paulhastings.com
2  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
3  JOSHUA G. HAMILTON (SB# 199610)
   joshuahamilton@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
6  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
7
   Attorneys for Plaintiff
8  NEW WORLD TMT LIMITED

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12 | NEW WORLD TMT LIMITED, a Cayman   | CASE NO. C06-05564 SI (JL)
     Islands corporation,
13                                      | **[PROPOSED] JUDGMENT AGAINST**
                    Plaintiffs,         | **DEFENDANTS JIANPING "TONY" QU**
14                                      | **AND INTELLAMBDA SYSTEMS, INC.**
              vs.
15
   INTELLAMBDA SYSTEMS, INC., a        | Default Entered Against Jianping "Tony Qu:
16 | Delaware corporation; WELLTIME     | December 7, 2006
     INDUSTRIES, LTD., a British Virgin
17 | Islands Company, and JIANPING      | Default Entered Against Intellambda Systems,
     "TONY" QU, an individual,          | Inc.: August 23, 2007
18
                    Defendants.
19
20                                      | Judge:     Hon. Susan Illston
                                        | Date:      October 19, 2007
21                                      | Time:      9:00 a.m.
                                        | Courtroom: 10
22                                      | [NEW WORLD NOTICE OF APPLICATION
                                        | AND APPLICATION FOR COURT
23                                      | JUDGMENT BASED UPON DEFAULT AND
                                        | DECLARATION OF ALBERT FILED
24                                      | CONCURRENTLY HEREWITH]
25
26
27
28

Case No. C06-05564                              [PROPOSED] JUDGMENT AGAINST
LEGAL_US_W # 57077183.1                         JIANPING "TONY" QU AND
                                                INTELLAMBDA SYSTEMS, INC.

1       This cause came on for hearing on October 19, 2007 before the Honorable Susan

2  Illston, presiding in Courtroom 10 of the above-entitled court, Dennis S. Ellis and  Ronald M.

3  Oster of Paul, Hastings, Janofsky & Walker LLP appearing for Plaintiff New World TMT

4  Limited ("New World").

5

6       It appearing that, the Clerk entered default against Jianping "Tony" Qu on

7  December 7, 2006, and against Intellambda Systems, Inc. on August 23, 2007, on application of

8  New World to the Court, and after having heard and considered the evidence,

9

10      **IT IS HEREBY ORDERED THAT**

11

12      1.      Judgment shall be entered, jointly and severally, against Jianping "Tony"

13  Qu and Intellambda Systems, Inc. and in favor of New World TMT Limited in the amount of

14  $97,000,000.

15

16      2.      Post-judgment interest shall accrue at a rate of ten per cent per annum, each

17  day following the entry of this Judgment, until the judgment is satisfied.

18

19      DATED: _10/19/07_____

20

21

22                                    _____

23                                    Honorable Susan Illston
                                      Judge of the United States District
24                                    Court, Northern District of California

25

26

27

28

1                                 **PROOF OF SERVICE**

2       I, Mel P. Manahan, declare:

3       I am a citizen of the United States and employed in Los Angeles County, California. I am

4 over the age of eighteen years and not a party to the within-entitled action. My business address

5 is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. On

6 September 13, 2007, I served a copy of the within document(s):

7       **PROPOSED JUDGMENT AGAINST DEFENDANTS JIANPING "TONY"**

8       **QU AND INTELLAMBDA SYSTEMS, INC.**

9     ☒      by placing the document(s) listed above in a sealed envelope with postage thereon

10              fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

11     ☒      by placing the document(s) listed above in a sealed UPS envelope and affixing a

12              pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

13

| | |
|---|---|
| Jianping "Tony" Qu<br>c/o Vincent Lin<br>c/o Prediwave Corporation<br>48431 Milmont Drive<br>Fremont, CA 94538 | Vincent Lin<br>Intellambda Systems, Inc.<br>46429 Landing Parkway<br>Fremont, CA 94538 |
| Vincent Lin<br>Intellambda Systems, Inc.<br>46417 Landing Parkway, Suite A<br>Fremont, CA 94538 | |

18       I am readily familiar with the firm's practice of collection and processing correspondence

19 for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

20 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

21 motion of the party served, service is presumed invalid if postal cancellation date or postage

22 meter date is more than one day after date of deposit for mailing in affidavit.

23       I declare that I am employed in the office of a member of the bar of this court at whose

24 direction the service was made.

25       Executed on September 13, 2007, at Los Angeles, California.

26

27                                  Mel P. Manahan

28

PROPOSED JUDGMENT AGAINST DEFENDANTS
JIANPING "TONY" QU AND INTELLAMBDA
SYSTEMS, INC.T