```
RONALD M. OSTER (SB# 57954)
ronaldoster@paulhastings.com
DENNIS S. ELLIS (SB# 178196)
dennisellis@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Plaintiff
NEW WORLD TMT LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW WORLD TMT LIMITED, a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLAMBDA SYSTEMS, INC., a Delaware corporation; WELLTIME INDUSTRIES, LTD., a British Virgin Islands Company, and JIANPING "TONY" QU, an individual,<br><br>Defendants. | CASE NO. C06-05564 SI (JL)<br><br>**[PROPOSED] ORDER GRANTING NEW WORLD TMT LIMITED'S MOTION FOR ASSIGNMENT ORDER**<br><br>Judge:    Hon. Susan Illston<br>Date:     October 19, 2007<br>Time:    9:00 a.m.<br>Courtroom: 10 |

The Motion for Assignment Order of New World TMT Limited came on for hearing on October 19, 2007 at 9:00 a.m., before the Hon. Susan Illston in Courtroom 10 of the above entitled court with appearances for counsel as follows: Ronald Oster appeared for the judgment creditor, New World TMT Limited ("New World") and the judgment debtor, Intellambda Systems, Inc. ("Intellambda"), did not appear. The Court having considered the motion and good cause appearing:

IT IS HEREBY ORDERED that New World's Motion for Assignment Order is GRANTED.

IT IS FURTHER ORDERED THAT the following rights of Judgment Debtor, Intellambda Systems, Inc., be, and hereby are, assigned to the judgment creditor, New World TMT Limited:

    **(a)**     **All rights pertaining to and arising from the following United States Patents:**

United States Patent Number 7,142,746 "Optical Backplane system"

United States Patent Number 7,174,066 "Method and an apparatus to detect signal failure on a per wavelength basis"

United States Patent Number 7,283,741 entitled "optical redoubtable redundancy scheme"

    **(b)**     **All rights pertaining to and arising from the following pending patents:**

Serial Number 10/867,948 entitled "optical switch matrix" filed June 14, 2004

Serial Number 10/455,933 entitled "optical network topology databases on a set of connectivity constraints" filed June 6, 2003

Serial Number 10/626,055 entitled "quality of service based optical network topology databases" filed July 23, 2003.

Serial Number 10/626,363 entitled "source based scheme to establish communication paths in an optical network" filed July 23, 2003

| | |
|---|---|
| 1 | Serial Number 10/862,181 entitled "selective distribution messaging scheme for an optical network" filed June 3, 2004 |
| 2 | |
| 3 | Serial Number 4754452.3 entitled "optical network topology databases and optical network operations – EPO" filed June 4, 2004 |
| 4 | Serial Number 2006-515218 entitled "optical network topology databases and optical network operations – Japan" filed June 4, 2004 |
| 5 | |
| 6 | Serial Number US2004/17845 entitled "optical network topology databases and optical network operations – PCT" filed on June 4, |
| 7 | |
| 8 | Serial Number 10/754,931 entitled "method and apparatus for a network database in an optical network" filed January 9, 2004 |
| 9 | Serial Number 4754359 entitled "optical network database and optical reroutable redundancy scheme – EPO" filed June 4, 2004 |
| 10 | |
| 11 | Serial Number US2004/17735 entitled "optical network database and optical reroutable redundancy scheme – PCT" filed June 4, 2004 |
| 12 | |
| 13 | Serial Number 10/785,597 entitled "fast fault notifications of an optical network" filed February 23, 2004 |
| 14 | Serial Number 11/060,562 entitled "reroutable protection schemes of an optical network" filed February 16, 2005 |
| 15 | |
| 16 | Serial Number US2005/005397 entitled "reroutable protection schemes of an optical network – CIP – PCT" filed February 17, 2005. |
| 17 | |
| 18 | Serial Number 10/781,227 entitled "methods and apparatuses for handling multiple failures in an optical network" filed February 17, 2004 |
| 19 | |
| 20 | Serial Number 10/781,080 entitled "multiple redundancy schemes in an optical network" filed February 17, 2004 |
| 21 | Serial Number 11/064,330 entitled "method and apparatus for optical performance monitoring" filed February 22, 2005 |
| 22 | |
| 23 | Serial Number 616523.7 entitled "a method and apparatus for optical performance monitoring – EPO" filed February 23, 2005 |
| 24 | Serial Number US2005/006026 entitled "a method and apparatus for optical performance monitoring – PCT" filed February 23, 2005 |
| 25 | |
| 26 | Serial Number 60/547,272 entitled "method and apparatus for optical performance monitoring" filed February 23, 2004 |
| 27 | Serial Number 10/785,617 entitled "method and apparatus to automatically verify connectivity within an optical network node" filed February 23, 2004 |
| 28 | |

Serial Number 10/785,618 entitled "method and an apparatus to provide optical equipment protection" filed February 23, 2004

Serial Number US2006/021986 entitled "quality of service in an optical network – PCT" filed June 6, 2006

Serial Number 11/215,068 entitled "optical switches" filed August 29, 2005

Serial Number US2006021990 entitled "aggregating optical network device – PCT" filed June 6, 2006

Serial Number 11/356,918 entitled "error detection and recovery of an optical network element" filed February 16, 2006

Serial Number EP06735913.3 entitled "error detection and recovery of an optical network element" filed February 24, 2006

Serial Number PCT/US2006/06433 entitled "error detection and recovery of an optical network element – PCT" filed February 24, 2006

Serial Number 11/356,545 entitled "inter-module communications of an optical network element" filed February 16, 2006

Serial Number EP06736056.0 entitled "inter-module communications of an optical network element" filed February 24, 2006

Serial Number PCT/US2006/006633 entitled "inter-module communications of an optical network element – PCT" filed February 24, 2006

Serial Number 11/546,676 entitled "modular wss based communications system with colourless add/drop interfaces" filed October 11, 2006

Serial Number 60/725,728 entitled "modular WSS based communications system" filed October 11, 2005

(c) **All rights pertaining to and arising from the following expired patent applications:**

Serial Number 60/608,570 entitled "optical backplane system" filed September 9, 2004

Serial Number 60/688,166 entitled "quality of service in an optical network filed June 6, 2005

Serial Number 60/688/203 entitled "electrically switched optical protection for aggregating optical network device" filed June 6, 2005

Serial Number 60/656,635 entitled "error detection and recovery of

1  an optical network element" filed February 25, 2005

2  Serial Number 60/656,769 entitled "inter-module communications of an optical network element" filed February 25, 2005

3
4  **(d)**     **Title to the following tangible property attendant to the above listed intellectual property rights:**

5  <u>The following lab equipment:</u>

6  (2) Tunable Laser Source
(4) Optical Spectrum Analyzer
7  (1) Tektronic 2465B 400MHz scope
(1) Tektronix TDS 3045B o'scope
8  (1) Tektronix TDS 3032 o'scope
(1) Firebird 6000A Communication Analyzer
9  (1) Aglent OmniBER 718 SONET tester
(2) HP16702A Logic Analyzer
10 (1) Agilent DCA 86100A oscilloscope
(1) Aglent Infinium 500Hz o'scope
11 (1) USB GPIB Interface
(1) ANDO AQ8204 frame controller
12 (2) ANDO AQ8201-43 1x12 Optical switch module
(1) ANDO AQ8201-412 1x2 Optical switch module
13 (1) ANDO AQ8201-22M Optical attenuator module
(1) ANDO AQ8201-21 OPM module
14 (1) ANDO AQ8201-13B ECL module
(1) FD440 Chromatic test set
15 (1) JDSU PS3 PDL meter
(1) HP 11896A Polarization Controller
16 (1) HP 86120C Multimeter
(1) HP 8648A Signal Generator
17 (1) Acterna ANT-20 SONET analyzer with jitter
(1) Acterna ANT-20 SONET analyzer
18 (1) Spirent ADTECT Analyzer
(1) Spirent Smartbit 200
19 (1) Fujikura 30R Fusion Splicer
(9) Power supply GPR-603D 60V
20 (6) Power supply GPS-4303
(2) Power supply PSP-2010
21 (1) Power supply Agilent E3620A
(3) Power supply Agilent E3630A
22 (2) Power supply GPR-1810 HD
(1) Power Suppy GPS-3303
23 (8) Xantrex 60V power supply
(1) Laser fault locator
24 (1) JDS Fitel 1x8 switch
(2) Nettest power meter
25 (1) BK Precision Pulse Generator
(1) Agilent 34970A Data acquisition
26 (1) Ixia 400 traffic generator
(1) Lantronix switch
27 (1) HP switch 2650
(1) JDSU 1x32 optical switch
28 (4) Fluke 177 multimeter

Case No. C06-05564           4        [PROPOSED] ASSIGNMENT ORDER IN
LEGAL_US_W # 57256620.1                            FAVOR OF NEW WORLD TMT LIMITED

(1) ANDO AQ-2150A optical power meter
(1) ANDO 2140 optical power meter
(2) FIS optical power meter
(1) JDSU PR2000 Poralization Controller
(2) JDS 1x16 optical switch
(2) Eigenlight power attenuator
(1) Luna Technology opticl Vector Analyzer
(1) HP Desigjet 500 PS printer
(1) HP Desigjet 100 printer
(5) ADC Power Worx circuit breaker
(1)1/2 ton HP sander
(1) 2 HP 20-in Drill Press
(1) Hand Notcher
(1) Aboa Press
(1) Husky Air Compressor
(1) Work Force Press

The following optical components:

(7) Variable gain Pre-amp (type1)
(20) Fixed +19 dB gain Booster(type2)
(9)Fixed gain pre-amp (type 3)
(20) Flat Top AWG
(21) Gaussian AWG
(62) 95:5 fiber coupler
(111) 50:50 fiber coupler
(102) 1x2 MOM switch- 0012NW350
(24) 2.5G SFP transceiver 1510 nm
(29) VOA
(7) Tunable CD Compensatorcirculator
(17) 10G XFP Transceiver
(243) 2.5G SFP transceiver 1310 nm
(22) 2.5Gbps tunable Tx
(12) Layer 1 flex circuit (terminated)
(12) Layer 2 flex circuit (terminated)
(12) Layer 3 flex circuit (terminated)
(12) Layer 4 flex circuit (terminated)
(12) Layer 5 flex circuit (terminated)
(12) Layer 6 flex circuit (terminated)
(12) Layer 7 flex circuit (terminated)
(12) Layer 8 flex circuit (terminated)
(10) Layer 9 flex circuit (terminated)
(44) EFM to DTM cable
(405) HBMT.MB.ADPTR:Screw Version
(450) HBMT Dboard Assy,Dboard Float
(208) Duplex LC connector ( EFM card)
(2) MT connector (blue), 12F, dcard
(5) MT connector (green), 12F, dcard
(5) MT connector (red), 12F, dcard
(4) MT connector (yellow), 12F, dcard
(5) MT connector (yellow), 8F, dcard
(10) HBMT ( blue) 8F ribbon, 1m-Mtboard
(198) Diamond,adapter green,F3400
(47) Diamond,Adapter black,F300BP
(92) 2X Diamond( F) 3148 backplane Con.

(14) Diamond back plane cable
(96) Diamond fiber optic pigtail
(67) Diamond connector w/open fiber pigtail
(91) 8-channel photodiode array PDA-8000491
(42) 2.5Gbps Rx
(4) OCM
(79) 8x8 OXC-Beta (Web7)
(6) OMS switch assembly
(5) 10G transponder
(8) 10G transponder

(e) All minor electrical components such as resistors, capacitors, wiring, and other similar electrical components obtained by Taseon from Intellambda in conjunction with the above listed property, the value of which is negligible and in no event shall exceed $100,000.

(f) All of Intellambda's trade secrets; copyrights; patents, patent applications and patentable inventions; trademarks, service marks, trade names and trade dress and goodwill and moral rights associated therewith; research product plans, developments, inventions, processes, designs, specifications, and algorithms; software (including, but not limited to, source code (including revision histories), object code, and license key mechanisms); know-how and other engineering and technical data; all rights under confidentiality, non-disclosure, inventor's rights and non-competition agreements, end-user licenses and all other proprietary rights, including but not limited to intellectual property and intangible rights (including third party licenses), passwords and security phrases used in connection with the Business.

NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO CONTEMPT OF COURT.

10/19/07

DATED: _____

_____
Honorable Susan Illston,
Judge of the United States District Court,
Northern District of California
Case No. C06-05564
LEGAL_US_W # 57256620.1

6

[PROPOSED] ASSIGNMENT ORDER IN FAVOR OF NEW WORLD TMT LIMITED